IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22CR618 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP |
| | ) | |
| v. | ) | |
| | ) | |
| LUCAS RUSSELL VANWOERT, | ) | |
| | ) | BILL OF PARTICULARS |
| Defendant. | ) | REGARDING FORFEITURE |

NOW COMES the United States of America, by undersigned counsel, and respectfully submits this Bill of Particulars Regarding Forfeiture.

On October 27, 2022, a 4-count indictment was returned in the above-captioned case. The indictment included a forfeiture provision, which is incorporated herein by reference.

By this Bill of Particulars, the United States specifies that the property subject to forfeiture under the forfeiture provision also includes, but is not limited to, the following items seized from Defendant Vanwoert's residence on September 27, 2022:

  a. Generic brown leather backpack;
  b. Fuji Fine Pix camera;
  c. 32 GB SanDisk SDHC card;
  d. Dog Collar with a tag that says "Wrangler;"
  e. Canon EOS Rebel T6 with lens and camera bag;
  f. Tripod (24 inch);
  g. Tripod (12 inch);
  h. HP Vision Laptop;
  i. Toshiba Laptop hard drive;
  j. G Skill Home built desk top computer;
  k. HP Maxtor Model D740x-6L Hard Drive;
  l. Specula;
  m. Ratchet straps (2 total);

n. SanDisk 32 GB SDHC card;
o. Ratchet straps;
p. Samsung Model SMT867 tablet;
q. T-Mobile cellphone;
r. Metal dog choker;
s. Gateway Model W350A laptop;
t. Dell Latitude D620 laptop 1 EA Toshiba laptop hard drive;
u. Para Cord bundle;
v. Samsung Galaxy Note 3 cellphone;
w. Motorola cellphone (no model);
x. Kocaso tablet;
y. Condoms;
z. Ozark Trail hunting knife;
aa. Lubrication;
bb. LG cellphone;
cc. Generic computer tablet model # AQT80;
dd. Steel handcuffs;
ee. Pet car seat cover;
ff. Dog collars/leashes;
gg. LG G8 ThinQ cellphone;
hh. Cricket Wireless cellphone;
ii. T-Mobile cellphone;
jj. Dog collars/leashes; and
kk. All "sex toys."

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (Reg. No. 0007561)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Phone: (216) 622-3749
Henry.Debaggis@usdoj.gov